### R. C. MIDDLETON v. GENERAL WATER WORKS & ELECTRIC CORP.
#### 4 Div. 726.

Supreme Court of Alabama.
June 29, 1933.

See, also, 224 Ala. 268, 139 So. 273.

---

Stokely, Scrivner, Dominick & Smith and Basil A. Wood, all of Birmingham, for the motion.

A. R. Powell, of Andalusia, opposed.

KNIGHT, Justice.

Petition of R. C. Middleton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in R. C. Middleton v. General Water Works and Electric Corp., 25 Ala. App. 455, 149 So. 351.

Writ denied.

All the Justices concur, except BROWN, J., not sitting.